9072748040          Pope and Katcher                    11:46:44 a.m.    11-30-2005        2/3

STATE OF ALASKA
DEPARTMENT OF EDUCATION AND EARLY DEVELOPMENT
SPECIAL EDUCATION DUE PROCESS HEARING
BEFORE JONATHON A. KATCHER, HEARING OFFICER

| | |
|---|---|
| IN THE SPECIAL EDUCATION ) | |
| MATTER CONCERNING E.H., ) | |
| ) | |
| VS. ) | |
| ) | |
| FAIRBANKS NORTHSTAR BOROUGH ) | |
| SCHOOL DISTRICT. ) | |
| _____ ) | DEED CASE NO. HR 05-09b |

## ORDER REGARDING PARENTS' REQUEST FOR DISCOVERY REGARDING DR. McEACHIN AND CONTINUING HEARING

A telephonic hearing was held on November 30, 2005. Present were the following: Hettie Hume, mother; Sonya Kerr, and Megan Allison, Disability Law Center, parents' attorneys; Brad Owens, attorney for the district; and Eve Lambert and Danny Frasier representing the district.

The parties had previously submitted correspondence regarding the parents' request for discovery of the records and opinions of Dr. McEachin. The district has agreed to have Dr. McEachin prepare a report. The report cannot be prepared in time to be useful at the presently scheduled December 5, 2005 hearing. The parties requested a continuance for the development of this additional information.

The parties agreed to continue the due process hearing to January 10 and 11, 2006 at 8:00 a.m. at a location to be determined in Fairbanks.

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

**ORDER**                                    **PAGE 1**

EXHIBIT ℄
Page __1__ of __2__

9072748040                Pope and Katcher                    11:47:04 a.m.    11-30-2005        3/3

DATED this 20 day of November, 2005, at Anchorage, Alaska.

By _____
Jonathon A. Katcher
Hearing Officer

## Certificate of Service

I hereby certify that on
the 20 day of November,
2005, I mailed/FAX'd the foregoing to:

Sharon Schumacher                  Sonja Kerr
Alaska Dept. of Ed.                Disability law Center
& Early Development                3330 Arctic Blvd., Suite 103
810 W. 10th Street, Suite 200      Anchorage, AK 99503
Juneau, AK 99801-1894              FAX 565-1000
FAX 465-2806

Bradley D. Owens, Esq.
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
FAX 563-7322

_____
Jonathon A. Katcher

Law Offices of
**POPE & KATCHER**
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

**ORDER**                                    **PAGE 2**

EXHIBIT  E
Page  2  of  2