

John McEachin, Ph.D.
Ron Leaf, Ph.D.

## CONSULTATION SUMMARY AND RECOMMENDATIONS

Re: Eric Hume
Date of Birth: 1/28/00
Date of Report: December 29, 2005

Eric is a 5 yr.-11 mo. old boy with autism. He attends Kindergarten at Pearl Creek Elementary School in the Fairbanks North Star Borough School District. In July, 2005 I was asked by Danny Frazier from the School District to review the IEP that had been developed for Eric and to consider whether I would serve as the ABA consultant for his program. Mr. Frazier also asked me for input into Eric's IEP. Previous consultants had made specific recommendations for the implementation of Applied Behavior Analysis (ABA) for the provision of Eric's educational program. The School District did not completely adopt those recommendations. However, I felt that the IEP appeared sound and judging from the reports that had been provided to me, it appeared to be an appropriate and effective plan for meeting the needs that had been documented. It also appeared to be a reasonable plan, given my previous experience with students who have autism who can appropriately receive ABA in a school setting.

I understand that there has been disagreement over what constitutes an "ABA" program. In an effort to avoid unnecessarily restricting the approach, the District had previously described the plan they were proposing as "eclectic". Among other reasons, there was concern that agreeing to an "ABA" program, might preclude the provision of other services that they felt the student needed, e.g., inclusion in a mainstream class and O.T.. I have discouraged the District from characterizing Eric's program as "eclectic". It needs to be based on a clear methodology which has been empirically demonstrated as effective for students with autism. My recommendation is that ABA should be the model adopted for this purpose.

Here is how I define ABA as it should be implemented for Eric. Areas of need will be identified from structured and naturalistic observations, standardized assessments, and assessments provided by multidisciplinary team members, along with traditional methods including teacher assessment of progress in the Kindergarten and parent input. First of all, those needs that can be effectively met through participation in the regular Kindergarten class will be addressed in that manner, with support as needed from a 1:1 aide trained in ABA and utilizing any behavioral intervention plans which may be necessary. Secondly, other areas of need as identified in the IEP will be addressed

---

200 MARINA DRIVE, #C • SEAL BEACH, CALIFORNIA 90740 • 562-431-9293

Eric Hume, 12/29/05
                                                                                              p. 2

by members of the interdisciplinary team according to their specialized area of expertise (e.g., Speech and O.T.), integrating behavioral approaches for skill development and behavior management. Any needs that cannot be effectively met through these two methods, will be targeted for direct instruction using behavioral methods such as Discrete Trial Teaching.

The program is defined by the IEP and updated through the IEP process. There is not a separate document called the "ABA Program". I believe this is the point that Danny Frazier was attempting to make in his letter to the Humes dates 10/7/05. However, I understand how that letter would lead to the impression that the district is unwilling to commit to use of ABA as its methodology for implementation of the IEP objectives. As I have stated above, I do not feel any such hesitation is warranted and I have attempted to define how I see the program being properly characterized as an ABA program.

The ability to effectively implement an ABA program is dependent on appropriate training. Eric's aide and the SLP have received and will continue to receive training in ABA. I provided one day of didactic and four days of hands-on ABA training for district staff in April, 2005. Candy Clark, Linda Robertson and Sue Nugent were among the participants in that workshop. I provided four more days of hands-on training in September, 2005, during which they also participated along with Polly Divens, SLP. Additionally, Linda Robertson and Sue Nugent have attended advanced training in ABA at Autism Partnership's clinic in Seal Beach. I consider them competent to provide day-to-day oversight of Eric's program with my ongoing input. I also consider Candy Clark to be competent for implementing 1:1 ABA teaching and providing 1:1 support in the classroom with the ongoing oversight from Linda Robertson and Sue Nugent as well as myself and my colleagues at Autism Partnership.

It is a mistaken belief that ABA cannot be implemented by school districts. This collaborative model for ABA has been successfully implemented by Autism Partnership in a number of school districts throughout the country. Furthermore, Eric's team has demonstrated that they can effectively meet his needs using this model. It does not require that the ABA expert reside within the local community. Local oversight will be provided by Linda Robertson and Sue Nugent on a weekly basis. They will provide input to the Kindergarten teacher to ensure that ABA is incorporated into Eric's time in the classroom and that efforts are coordinated between the teacher and the 1:1 support staff. They will also coordinate efforts with the SLP and other ancillary services. They will supervise Candy Clark's direct instruction time with Eric on a weekly basis. Autism Partnership, either myself or one of my colleagues, will provide supervision to Linda Robertson and Sue Nugent through periodic phone consultations, review of data, and review of video tapes as needed. Autism Partnership will make in-person visits every three months to provide ongoing training and supervision to Eric's team. My first visit to see Eric was on Sep 21, 2005. On that day I observed him in the Kindergarten class, outside at recess, in 1:1 teaching with Candy Clark and in his speech therapy session with Polly Divens. Linda Robertson and Sue Nugent were present througout the day. My second visit was on December 1, 2005. Eric was sick that day and could not attend

AUTISM PARTNERSHIP  •  JOHN McEACHIN, Ph.D.  •  RONALD LEAF, Ph.D.
200 MARINA DRIVE, #C  •  SEAL BEACH, CALIFORNIA 90740  •  562-431-9293

EXHIBIT _F_
Page _2_ - _3_

Eric Hume, 12/29/05
p. 3

school. I spent the day meeting with his team and reviewing his program. My recommendations were discussed with Mrs. Hume in a phone conference on 12/5/05. One of the outcomes of the December visit was proposing changes to his IEP as reflected in the addendum dated 12/19/05.

I hope this report is helpful in understanding how Eric's educational needs will be met using ABA.

Respectfully,

*John McEachin*

John McEachin, Ph.D.

AUTISM PARTNERSHIP • JOHN McEACHIN, Ph.D. • RONALD LEAF, Ph.D.
200 MARINA DRIVE, #C • SEAL BEACH, CALIFORNIA 90740 • 562-431-9293

EXHIBIT F
Page 3 of 3