

**ANCHORAGE**
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

September 23, 2004

Rich Patton, Special Education Supervisor       Fax: 374-9440
YKSD
4762 Old Airport Way
Fairbanks, AK 99709-4456

Eve Lambert, Executive Director of Special Education       Fax: 451-6005
Fairbanks North Star Borough School District
520 5th Ave.
Fairbanks, AK 99701

RE:     Eric Hume

Dear Mr. Patton and Ms. Lambert:

This office represents Eric Hume and her parents, Hettie and Todd Hume. Enclosed is a release of information so that you may communicate with us and forward us all of Eric's school records. This includes all records that you are required to keep a list of pursuant to the Family Education Right to Privacy Act.

By copy of this letter to the Alaska Department of Education and Early Development, we request prompt appointment of an impartial and knowledgeable hearing officer consistent with the IDEA and state law. We request specifically enforcement and completion of this hearing within the 45 day timeline required by the IDEA, absent a written stipulation for continuance signed by counsel for the parties and approved by the hearing officer.

**COMPLIANCE WITH 34 CFR §300.507 AND AS Sec. 14.30.193**

| | |
|---|---|
| Name and Information about the Child: | Eric Hume; PreSchool, Age 4; DOB: 01-28-2000. Eric is entitled to special education services because he has been diagnosed with autism. |
| Address of the Child: | Eric lives at home with her parents at P.O. Box 83197, Fairbanks, 99708-3197 |
| | Note: Please direct all inquiries about this request for hearing to the Disability Law Center of Alaska, Anchorage Office. |
| Name of School Child is Attending: | Open Arms Development Center |



MEMBER·OF·THE
NATIONAL
ASSOCIATION·OF
PROTECTION·&
ADVOCACY
SYSTEMS

EXHIBIT A
Page 1 of 4

1

**Description of Nature of Problem:**   Eric Hume was diagnosed with autism at age 2.5. Eric did not receive appropriate infant learning services. Eric is presently without an appropriate IEP and special education and related services. His parents are providing all of his services at this time due to the failure of the two above school districts to provide him appropriate services.

On May 10, 2004, the Humes asked for special education services from Fairbanks North Star Borough School District and services were denied. On May 17, 2004, the Humes submitted a request for services from Raven Correspondence School, which is overseen by YKSD.

Mediation was conducted on August 27, 2004 and there have been two meetings since then.

**Eric remains without an IEP and appropriate services to meet his unique needs that are free and without cost to his parents.**

Relevant documents attached as Ex. A.

The Districts have thus failed to provide Eric with a free appropriate public education, i.e., one that is reasonably calculated to result in educational benefit. The following is an explanation and also a list of apparent violations of IDEA and state law by the school corporation in this instance, of which the parents' counsel is presently aware, notwithstanding the need to review all of Eric's educational records which are requested herein.

It appears that the Districts have committed at least the following significant procedural violations:

1. Failure to notify parents of their procedural safeguards and rights until

EXHIBIT A
Page 2 of 4

2

August 27, 2004 and thus failure to provide for meaningful parental involvement. IDEA, Part C and Part B, specifically, 20 U.S.C. 1415.
2. Failure to ensure a current and appropriate IEP has been in place for Eric Hume for the 2004-2005 school year. 20 U.S.C. §1414(d) and §1415; 34 CFR §300.347; AS 14.30.278.

**Proposed Resolution of the Problem to the Extent Known and Available to the Parents at this Time:**

Resolution will include an agreement or order that provides: 1) tuition for a full-time full day program of special education placement at Open Arms or elsewhere that is free to the parent in a setting that is the least restrictive environment; 2) transportation to and from services; 3) a full-time aide; 4) a program of behavioral therapy consistent with research on the efficacy of same for children with autism, i.e. Applied Behavioral Analysis; 5) staff trained to work with children with autism; 6) speech therapy consistent with Eric's needs; 7) occupational therapy consistent with Eric's needs; 8) physical therapy consistent with Eric's needs. Eric's parents also are requesting reimbursement for services from the time of transition to the Borough. (Note: Eric's services were also deficient in the Infant Learning Program which may necessitate joining another party to this case.) Compensatory education services from 18 months and continuing.

**Right to Amend.**

The parents specifically reserve the right to amend this hearing request if more facts and information become known to them during the course of this litigation and consistent with the purpose and intent of the IDEA.

**Willingness to Engage in Mediation/Settlement:**

Consistent with the intent and purpose of the IDEA, the parents remain open to resolution of this matter without the necessity of a formal hearing. The parents do not agree to any delay of the hearing at this time, absent a written stipulation which contains the following:

1) the name and signature of approval by the hearing officer;
2) the dates of the proposed hearing consistent with 45 days from the date of this letter;
3) the proposed length of extension.

All settlement suggestions or proposals shall be provided in writing and faxed to this office. No proposals, including IEPs, should be forwarded to the parents, but rather should be sent to our Anchorage office.

**Availability for Pre-hearing Conference:**

Please be advised that we are available for a pre-hearing conference at your earliest convenience.

**Notice of Attorneys Fees:**

Notwithstanding that the Hearing Officer may or may not have authority to award attorneys' fees and costs, please be on notice that the Disability Law Center will exercise its right to recover all attorneys' fees and costs for representation of Eric Hume and his parents in this proceeding and in a forum consistent with the IDEA and case law pursuant thereto. We are uncertain if the school district has counsel on this case. If so, kindly advise.

Thank you kindly for your attention to this matter.

Very truly yours,

Sonja D. Kerr, Supervising Attorney
C:  Humes
    Art Arnold, Dept. Educ.

EXHIBIT A
Page 4 of 4