SONJA D. KERR (AK BAR NO. 0409051)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:   (800) 478-1234/907-565-1002
EMAIL:              SKERR@DLCAK.ORG

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H, by and through<br>his parents, H.H. and T.H.,<br><br>Plaintiffs,<br><br>v.<br><br><br><br>Department of Health and Social Services'<br>Infant Learning Program, Paula McMeen,<br>in her official capacity as Program Director<br>of The Infant and Learning Program, and<br>Fairbanks North Star Borough School District,<br><br>Defendants. | Case No. 3:06-cv-00033 (TMB)<br><br><br><br><br>Motion for Leave to Amend the<br>Amended Complaint and Appeal |

COMES NOW, Plaintiffs, by and through their attorney, Disability Law Center of Alaska, and moves the Court for leave to amend pursuant to F.R.Civ.P. 15 the Amended Complaint and Appeal filed in this matter to correct the name of Defendant, Department of Health and Social Services, to accurately reflect the Program Manager for the Infant and Learning Program. The Plaintiffs also amend paragraph 35 to reflect that E.H. was on the waiting list to return to Open Arms.

The Complaint and Appeal and Amended Complaint and Appeal were served on the Fairbanks North Star Borough School District on February 17, 2006. The other Defendants have not been served. No answers or motions have been filed by any other

party in this action, therefore the Defendants are not prejudiced by the Court granting

Plaintiffs' Motion for Leave to Amend the Amended Complaint and Appeal.

Dated in Anchorage, Alaska, this 22nd day of February, 2006.

/s/ Kell #0511091 for
Sonja D. Kerr
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: skerr@dlcak.org
Alaska Bar No. 0409051

Certificate of Service

I hereby certify that on the 22nd day of
February, 2006, a copy of this document
was served electronically and by fax on:

Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

/s/ Kell
Meg Allison

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
1-800-478-1234    Fax 907-565-1000