SONJA D. KERR (AK BAR NO. 0409051)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:   (800) 478-1234/907-565-1002
EMAIL:            SKERR@DLCAK.ORG

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| E.H, by and through his parents, H.H. and T.H., | Case No. 3:06-cv-00033 (TMB) |
| Plaintiffs, | |
| v. | Order |
| Department of Health and Social Services' Infant Learning Program, Paula McMeen, in her official capacity as Program Director of The Infant and Learning Program, and Fairbanks North Star Borough School District, | |
| Defendants. | |

The Plaintiffs Motion for Leave to Amend the Amended Complaint and Appeal is hereby granted.

_____
TIMOTHY M. BURGESS
U.S. District Court Judge