AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Alaska

E.H., by and through his parents, H.H. and T.H.

V.

Department of Health and Social Services' Infant Learning Program, Erin Kinavey, in her official capacity as Program Manager, Part C Coordinator of the Infant and Learning Program, and Fairbanks North Star Borough School District

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:06-cv-00033(TMB)

TO: (Name and address of Defendant)

Department of Health and Social Services
350 Main Street, Room 404
PO Box 110601
Juneau, Alaska 99811-0601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sonja D. Kerr
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK                                         FEB 2 3 2006
_____                    _____
CLERK                                              DATE

/s/ Sharon M. _____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | March 2, 2006   2:57 PM |
| NAME OF SERVER *(PRINT)* Thomas Shanley | TITLE | Civilian Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Karleen Jackson, accepting service for Dept. of Health and social services

**STATEMENT OF SERVICE FEES**

| TRAVEL $12.25 | SERVICES $35.00 | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-02-06
                Date          Signature of Server

PO BOX 33898
JUNEAU, AK 99803
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.