MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE: (800) 478-1234/907-565-1002
FAX: 907-565-1000
EMAIL: MALLISON@DLCAK.ORG

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H, by and through<br>his parents, H.H. and T.H., | Case No. 3:06-cv-00033 (TMB) |
| Plaintiffs, | |
| v. | Entry of Appearance |
| Department of Health and Social Services'<br>Infant Learning Program, Erin Kinavey,<br>in her official capacity as Program Manager,<br>Part C Coordinator of The Infant and Learning<br>Program, and Fairbanks North Star Borough<br>School District, | |
| Defendants. | |

## ENTRY OF APPEARANCE

Comes now Meg K. Allison, through the Disability Law Center of Alaska, and gives notice of her entry of appearance in this matter on behalf of E.H..

Dated in Anchorage, Alaska this 17th day of March, 2006.

DISABILITY LAW CENTER OF ALASKA

By: /s/ Meg Allison
Meg K. Allison
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE: (800) 478-1234/907-565-1002
FAX: 907-565-1000
Email: mallison@dlcak.org
Alaska Bar No. 0511091

Certificate of Service
I hereby certify that on the 17th day
Of March 2006, a true and correct
copy of this document was served
electronically on:

Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

And by U.S. Mail Prepaid on:

Erin Kinavey, Program Manager, Part C Coordinator
3601 C Street, Suite 943
Anchorage, Alaska 99524

Department of Health & Social Services
350 Main Street, Room 404
Juneau, Alaska 99801-0601

/s/ Patti Freeman
Patti Freeman

E.H. v. DHSS and FSD
Case No. 3:06-cv-000033 (TMB)
Entry of Appearance

Page 2 of 2