DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.H. by and through, His parents, H.H. and T.H., Plaintiffs, vs. Department of Health and Social Services' Infant Learning Program, Erin Kinavey, in her official capacity As Program Manager, Part C Coordinator of the Infant Learning Program, and Fairbanks North Star Borough School District, Defendants. | Case No. 3:06-cv 00033 (TMB) |

**LIMITED ENTRY OF APPEARANCE**

Please take notice that Stacie Kraly, Chief Assistant Attorney General, Department of Law, P.O. Box 110300, Juneau, Alaska, 99811-0300; telephone (907) 465-3600, enters a limited appearance as counsel of record in the above-captioned

Entry of Appearance
Case No. 3:06-cv-00033 (TMB)

matter for the purpose of challenging the sufficiency of the service of process under F.R.C.P. 4(j).

Copies of all notices, motions and pleadings should be sent to Ms. Kraly at the address referenced above.

Dated this 28th day of March 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Fax: (907) 465-2539
stacie_kraly@law.state.ak.us
Alaska Bar No. 9406040

Case No. 3:06-cv-00033 (TMB)

Page 2 of 2