1

2
DAVID W. MÁRQUEZ
3
ATTORNEY GENERAL

4
Stacie L. Kraly
Chief Assistant Attorney General
5
Office of the Attorney General
P.O. Box 110300
6
Juneau, Alaska 99811
7
Phone: (907) 465-3600
Attorney for State of Alaska
8
Alaska Bar No. 9406040

9
UNITED STATES DISTRICT COURT

10
FOR THE DISTRICT OF ALASKA

11
E.H. by and through,                          )
12
His parents, H.H. and T.H.,                   )
            Plaintiffs,                        )
13                                             )
14
vs.                                           )
                                              )
15
Department of Health and Social               )
Services' Infant Learning Program,            )
16
Erin Kinavey, in her official capacity        )
As Program Manager, Part C                    )
17
Coordinator of the Infant Learning            )
Program, and Fairbanks North Star             )
18
Borough School District,                      )
19
            Defendants.                       )    Case No. 3:06-cv 00033 (TMB)
                                              )
20
_____)

21
**MOTION TO DISMISS FOR FAILURE TO PERFECT**
**SERVICE PURSUANT TO F.R.C.P. 4**
22

23
The State of Alaska, Department of Health and Social Services, Infant

24
Learning Program and Erin Kinavey, in her official capacity as program manager,

25
Part C coordinator of the Infant Learning Program, requests the court to dismiss the

26

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

1

2   complaint for failure to perfect service pursuant to F.R.C.P. 4.  This motion is supported

3   by the attached memorandum of points and authorities.

4
            Dated this 28th day of March 2006, at Juneau, Alaska.
5
                              DAVID W. MÁRQUEZ
6                             ATTORNEY GENERAL

7

8                    By:    s/Stacie L. Kraly
                            Chief Assistant Attorney General
9                           Office of the Attorney General
                            P.O. Box 110300
10                          Juneau, Alaska 99811
                            Phone:  (907) 465-3600
11                          Fax:  (907) 465-2539
                            stacie_kraly@law.state.ak.us
12                          Alaska Bar No. 9406040

13

14

15

16

17

18

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

19

20

21

22

23

24

25

26

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

E.H. by and through,                        )
His parents, H.H. and T.H.,                 )
                          Plaintiffs,        )
                                             )
vs.                                          )
                                             )
Department of Health and Social             )
Services' Infant Learning Program,          )
Erin Kinavey, in her official capacity      )
As Program Manager, Part C                  )
Coordinator of the Infant Learning          )
Program, and Fairbanks North Star           )
Borough School District,                     )
                          Defendants.         )    Case No. 3:06-cv 00033 (TMB)
_____ )

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO PERFECT SERVICE PURSUANT TO F.R.C.P. 4

The Complaint and Appeal in this matter was filed on February 9, 2006.

The First Amended Complaint and Appeal was filed on February 17, 2006. The Second

Amended Complaint and Appeal was filed on February 22, 2006. Erin Kinavey,

program manager with the Department of Health and Social Services (DHSS), Infant

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

Learning Program (ILP), was served with a summons dated February 23, 2006.[1]  DHSS was served on about the same day.[2]  However, the Department of Law has not been served as required by federal rule.  Since service of process has not been perfected, the court should dismiss this action or, in the alternative, allow E.H. to prefect service within 120 days of the date the original complaint was filed.[3]

Under the F.R.C.P., service upon a foreign, state or local government must be accomplished in one of two ways:  by serving the chief executive officer or serving the summons and complaint as prescribed by state law.[4]  There has been no

---

[1]     Affidavit of Stacie L. Kraly.

[2]     *Id*.

[3]     F.R.C.P. 4(m); 1 Moore's Federal Practice and Procedure §§ 4.58 and 4.80 (3rd Ed).

[4]     Service upon the state or an officer or agency of the state is governed by Alaska Rules of Civil Procedure 4(d)[a] and [b] and (8).  Those rules provide in full:

(d) the summons and complaint shall be served together.  The plaintiff shall furnish the person making service with such copies as are necessary.  Service shall be made as follows:

***

(7) *State of Alaska*.  Upon the state, by sending a copy of the summons and the complaint by registered or certified mail to the Attorney General of Alaska, Juneau, Alaska, and

[a] to the chief of the attorney general's office in Anchorage, Alaska, when the matter is filed in the Third Judicial District; or

[b] to the chief of the attorney general's office in Fairbanks, Alaska, when the matter is filed in the Fourth Judicial District.

(8) *Officer or Agency of State*.  Upon an officer or agency of the state, by serving the State of Alaska as provided in the preceding paragraph of this rule, and by delivering a copy of the summons and of the complaint to such officer or agency.  If the agency is a corporation, the copies shall be delivered as provided in paragraph (4) of this subdivision of this rule.

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

1

2

service of process on the Chief Executive as required by federal rule, or in the

alternative, on the Attorney General.[5]  Service on DHSS is not service on the chief

executive.  As such, E.H. has failed to comply with F.R.C.P. 4.

E.H. has not perfected service, therefore, the service should be quashed

and the Second Amended Complaint and Appeal should be dismissed, or in the

alternative, E.H. should be required to perfect service within 120 days of the complaint

being filed.

Dated this 28th day of March 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL


By:    s/Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone:  (907) 465-3600
Fax:  (907) 465-2539
stacie_kraly@law.state.ak.us
Alaska Bar No. 9406040

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

[5]    *Id*.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.H. by and through,<br>His parents, H.H. and T.H.,<br>            Plaintiffs,<br><br>vs.<br><br>Department of Health and Social<br>Services' Infant Learning Program,<br>Erin Kinavey, in her official capacity<br>As Program Manager, Part C<br>Coordinator of the Infant Learning<br>Program, and Fairbanks North Star<br>Borough School District,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:06-cv 00033 (TMB) |

## ORDER RE: MOTION TO DISMISS

This matter having come before the court on the DHSS/ILP and Erin

Kinavey's motion to quash the summons and dismiss the complaint, and the court being

fully advised, the complaint is dismissed with respect to DHSS/ILP and Erin Kinavey.

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

1

2

3

Dated this _____th day of March 2006, at Anchorage, Alaska.

4

5

_____

Timothy J Burgess
Federal District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

20

21

22

23

24

25

26