DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.H. by and through, His parents, H.H. and T.H., Plaintiffs, vs. Department of Health and Social Services' Infant Learning Program, Erin Kinavey, in her official capacity As Program Manager, Part C Coordinator of the Infant Learning Program, and Fairbanks North Star Borough School District, Defendants. | Case No. 3:06-cv 00033 (TMB) |

**AFFIDAVIT OF STACIE L. KRALY**

STATE OF ALASKA       )
                      ) ss.
FIRST JUDICIAL DISTRICT )

Stacie L. Kraly, being first duly sworn upon oath, deposes and says:

1. I am an Assistant Attorney General in Juneau, where I have served since June of 1990. I make this affidavit based upon personal knowledge and belief.

2. My current title is Chief Assistant Attorney General. I supervise the Human Services Section of the Department of Law. The Human Services section represents the Department of Health and Social Services, which includes the Office of Children's Services, which houses the Infant Learning Program.

3. On or about February 28, 2006, I was contacted by Erin Kinavey, Part C Coordinator of the Infant Learning Program, regarding a summons and complaint she had received. I was called because I represented her predecessor in the underlying administrative proceeding in 2004. I met with Ms. Kinavey in Anchorage on March 6, 2006, where I received a copy of the summons and complaint that she was served with.

4. Upon returning to the office on March 13, 2006, I inquired with the Chief Deputies of the Department of Law whether the Department of Law had been served in this matter as required by federal or state rule. Nancy Gordon, Chief Deputy, informed me that she was unaware of any such complaint.

5. In preparing for this motion, on March 21, 2006, I contacted Kelly Gamble who coordinates all complaints served on the Department of Law. She informed me the Department of Law had not been served.

6. On March 28, 2006, I received notification from DHSS that they were served on February 23, 2006.

Dated this 28th day of March 2006, at Juneau, Alaska.

_____
Stacie L. Kraly

SUBSCRIBED AND SWORN to before me this 28th day of March, 2006.

STATE OF ALASKA
OFFICIAL SEAL
Meghan Kennedy-Brown
NOTARY PUBLIC
My commission expires 10/20/07

_____
Notary Public, State of Alaska
My Commission Expires: 10/20/07

Affidavit of Stacie L. Kraly
Case No. 3:06-cv-00033 (TMB)