DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.H. by and through,<br>His parents, H.H. and T.H.,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>Department of Health and Social<br>Services' Infant Learning Program,<br>Erin Kinavey, in her official capacity<br>As Program Manager, Part C<br>Coordinator of the Infant Learning<br>Program, and Fairbanks North Star<br>Borough School District,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 3:06-cv 00033 (TMB) |

## CERTIFICATE OF SERVICE

This is to certify that on March 28, 2006, a true and correct copy of the Limited Entry of Appearance, Motion to Dismiss, Memorandum in Support of Motion

to Dismiss, Affidavit of Stacie L. Kraly, and proposed Order re: Motion to Dismiss were mailed to the following attorney of record:

> Meg K. Allison, Esq.
> Disability Law Center of Alaska, Inc.
> 3330 Arctic Blvd, Suite 103
> Anchorage, AK 99503

_____
s/Stacie L. Kraly

Certificate of Service
Case No. 3:06-cv 00033 (TMB)

Page 2 of 2