DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.H. by and through,<br>His parents, H.H. and T.H.,<br>        Plaintiffs,<br><br>vs.<br><br>Department of Health and Social<br>Services' Infant Learning Program,<br>Erin Kinavey, in her official capacity<br>As Program Manager, Part C<br>Coordinator of the Infant Learning<br>Program, and Fairbanks North Star<br>Borough School District,<br>        Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv 00033 (TMB) |

## REQUEST TO WITHDRAW MOTION TO DISMISS

On March 28, 2006, the Department of Health and Social Services' Infant Learning Program and Erin Kinavey (DHSS/ILP) filed a motion to dismiss alleging that the plaintiffs had not complied with F.R.C.P. 4(f). Subsequent to that filing, the plaintiffs have cured the defective service and the DHSS/ILP requests that its motion to dismiss be

withdrawn.  DHSS/ILP requests the court allow it 30 days to its answer the Second Amended Complaint and Appeal.  Service was perfected on March 31, 2006; therefore, DHSS/ILP's answer should be filed on or before, May 1, 2006.

Dated this 10th day of April 2006, at Juneau, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:   s/Stacie L. Kraly
      Assistant Attorney General
      Office of the Attorney General
      P.O. Box 110300
      Juneau, Alaska 99811
      (907) 465-3600
      (907) 465-2539
      stacie_kraly@law.state.ak.us
      Alaska Bar No. 9406040

**Certificate of Service**

I hereby certify that on April 10, 2006, a copy of foregoing Request to Withdraw Motion to Dismiss was served electronically on:

    Meg K. Allison, Esq.
    Disability Law Center of Alaska, Inc.
    3330 Arctic Blvd, Suite 103
    Anchorage, AK  99503

s/Stacie L. Kraly