MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:    (800) 478-1234/907-565-1002
FAX: 907-565-1000
EMAIL: MALLISON@DLCAK.ORG

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H, by and through<br>his parents, H.H. and T.H.,<br><br>Plaintiffs,<br><br><br><br>v.<br><br>Department of Health and Social Services'<br>Infant Learning Program, Erin Kinavey,<br>in her official capacity as Program Manager,<br>Part C Coordinator of The Infant and Learning<br>Program, and Fairbanks North Star Borough<br>School District,<br><br>     Defendants. | Case No. 3:06-cv-00033 (TMB)<br><br>Non-Opposition to<br>Defendant's Motion To Withdraw<br>Defendants' Motion to Dismiss |

## NON-OPPOSITION TO DEFENDANTS' MOTION TO WITHDRAW

## DEFENDANTS' MOTION TO DISMISS

COME NOW the Plaintiffs, by and through counsel, and hereby submit their

non-opposition to the Defendants' motion to withdraw and state the following:

1.  On February 9, 2006, Plaintiffs filed their complaint and appeal in this matter.

2.  On February 17, 2006, Plaintiffs filed an amended complaint and appeal against

    the Defendants in this matter.

E.H. et al. v. DHSS et al.                                                                                    Page 1 of 3
Case No. 3:06-cv-00033 (TMB)
Non-opposition to Defendants' Motion to Withdraw Defendants' Motion to Dismiss

3. On February 23, 2006, Plaintiffs filed a second amended complaint and appeal against the Defendants in this matter.

4. Pursuant to F.R.Civ.P. 4(m), Plaintiffs have 120 days after filing the complaint to make service upon the Defendants.

5. 120 days from the date Plaintiffs filed their complaint and appeal is May 8, 2006.

6. On March 30, 2006, a copy of the complaint and appeal, amended complaint and appeal and second amended complaint and appeal were sent via certified mail return receipt requested to the Chief of the Attorney General's Office and David Marquez, Attorney General pursuant to Ak.R.Civ.P. 4(d)[a] and [b] and 8.

7. On April 3, 2006 Plaintiffs received the signed certified mail return receipt from the Chief of the Attorney General's Office.

8. On April 5, 2006 Plaintiffs received the signed certified mail return receipt from David Marquez, Attorney General.

Based on the foregoing, Plaintiffs do not oppose Defendants' motion to withdraw Defendants' motion to dismiss.

Dated this 11th day of April, 2006.        Respectfully submitted,

/s Meg K. Allison
MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:   907-565-1002
FAX: 907-565-1000
Email: mallison@dlcak.org

E.H. et al. v. DHSS et al.                                                                 Page 2 of 3
Case No. 3:06-cv-00033 (TMB)
Non-opposition to Defendants' Motion to Withdraw Defendants' Motion to Dismiss

Certificate of Service
I hereby certify that on the 11th day
of April 2006, a true and correct
copy of this document was served electronically
on:

Stacie L. Kraly
Chief Assistant Attorney General
PO Box 110300
Juneau, AK 99811


_____/s Meg Allison_____
Meg Allison

E.H. et al. v. DHSS et al.                                                                          Page 3 of 3
Case No. 3:06-cv-00033 (TMB)
Non-opposition to Defendants' Motion to Withdraw Defendants' Motion to Dismiss