Bradley D. Owens, Esq. (bradowens@jdolaw.com)
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant
Fairbanks Northstar Borough School District

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Department of Health and Social Services Infant Learning Program, Erin Kinavey, in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00033 (TMB) |

## ANSWER TO SECOND AMENDED COMPLAINT

Comes now defendant, Fairbanks North Star Borough School District (hereinafter "FSD"), by and through its attorneys Jermain, Dunnagan & Owens, P.C., who answers the allegations and claims in plaintiffs' Second Amended Complaint by responding and defending as follows:

### ALLEGATIONS

1. FSD admits that this court has jurisdiction over the claims in this action pursuant to 20 U.S.C. §1415(i)(2).

2.  FSD admits that plaintiffs have exhausted the administrative remedies under the Individuals with Disabilities Education Act, 20 U.S.C. §§1400, et seq. (hereinafter the "IDEA"), as to all issues raised and decided by the Hearing Officer in this matter.

3.  FSD admits that venue is proper in this action under 28 U.S.C. §1391(b) and D. Ak. LR 3.3.

4.  FSD admits the allegations in paragraphs 4 and 6 of the Complaint.

5.  The allegations in paragraph 5 of the Complaint do not involve FSD and therefore FSD does not admit or deny these allegations.

6.  FSD admits that E.H. is a student with a disability for which he requires special education and related services to access his education, which were provided to him under an individualized education program ("IEP") developed by an appropriate IEP team.

7.  FSD admits that the parents filed a request for a due process hearing under the procedures provided by IDEA claiming that FSD had denied E.H. a free appropriate public education.

8.  FSD admits that a several due process hearings were held in 2005 and 2006 before a Hearing Officer appointed by DEED who subsequently issued Decisions in June and July 2005, and January 2006, which determined that FSD had provided a free appropriate public education for A.M.

9.  All other facts alleged by plaintiffs in the Complaint that are not expressly admitted by FSD in this Answer are denied. Furthermore, many of plaintiffs' factual allegations are outside the administrative record and inappropriate for consideration by the Court in this proceeding under the applicable standard of review.

10.     The scope of review of the claims in this action are prescribed by the provisions of 20 U.S.C. §1415(i)(2)(A) & (B) and the cases that have interpreted and applied these provisions in this Circuit.

FSD reserves the right to assert any affirmative defenses that may be disclosed through the process of disclosure and discovery under the FRCP.

Wherefore, FSD respectfully requests this Court to review the administrative record and, after giving due weight to the thorough and careful findings made by the Hearing Officer, make an independent judgment based on the preponderance of the evidence in the record and affirm the Decisions of the Hearing Officer, thereby denying the relief requested by plaintiffs.

Dated in Anchorage Alaska this 17th day of April 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendant
Fairbanks Northstar Borough School District

s/ Bradley D. Owens
Bradley D. Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
Phone: (907) 563-8844
Fax: (907) 563-7322
E-mail: bradowens@jdolaw.com
Alaska Bar #7610122

**Certificate of Service**

I hereby certify that on April 17, 2006, a copy of the foregoing Answer to Second Amended complaint was served electronically on

Sonja D. Kerr (skerr@dlcak.org)

s/ Bradley D. Owens
6264.018 - 117370