HOLLY JOHANKNECHT (AK BAR NO. 0511103)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:   (800) 478-1234/907-565-1002
FAX: 907-565-1000
EMAIL: HOLLYJ@DLCAK.ORG

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H, by and through his parents, H.H. and T.H., | Case No. 3:06-cv-00033 (TMB) |
| Plaintiffs, | |
| v. | Entry of Appearance |
| Department of Health and Social Services' Infant Learning Program, Erin Kinavey, in her official capacity as Program Manager, Part C Coordinator of The Infant and Learning Program, and Fairbanks North Star Borough School District, | |
| Defendants. | |

### ENTRY OF APPEARANCE

Comes now Holly Johanknecht, through the Disability Law Center of Alaska, and gives notice of her entry of appearance in this matter on behalf of E.H..

Dated in Anchorage, Alaska this 5th day of July, 2006.

DISABILITY LAW CENTER OF ALASKA

By: __s/_ Holly Johanknecht_____
HOLLY JOHANKNECHT (AK BAR NO. 0511103)
DISABILITY LAW CENTER OF ALASKA
3330 ARCTIC BOULEVARD, SUITE 103
ANCHORAGE, ALASKA 99503
TELEPHONE:   (800) 478-1234/907-565-1002
FAX: 907-565-1000
Email: hollyj@dlcak.org

Certificate of Service
I hereby certify that on the 5th day of July 2006, a true and correct copy of this document was served electronically on:

Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

___s/ Holly Johanknecht_____
Holly Johanknecht