STATE OF ALASKA
DEPARTMENT OF EDUCATION AND EARLY DEVELOPMENT
SPECIAL EDUCATION DUE PROCESS HEARING
BEFORE JONATHON A. KATCHER, HEARING OFFICER

IN THE SPECIAL EDUCATION )
MATTER CONCERNING E.H., )
)
VS. )   JUL 1 4 2005
)
FAIRBANKS NORTHSTAR BOROUGH )
SCHOOL DISTRICT. )
) DEED CASE NO. HR 05-09b

## ORDER REGARDING CONTINUED HEARING

A telephonic status conference was held on July 11, 2005. Present were the following: Hettie Hume, mother; Sonya Kerr, Disability Law Center, parents' attorney; Jim Smith, parents' advocate; Brad Owens, attorney for the district; and Eve Lambert and Danny Frasier representing the district.

There will be an IEP meeting on July 27, 2005 at 1:00 p.m. at the district's offices.

There will be a continuation of this due process hearing on September 15 and 16, 2005 at 9:00 a.m. at the district's offices. At the continued hearing the parties will present evidence regarding the student's IEP.

The exchange of documents and briefs will occur by September 7, 2005.

Because the record is being reopened the time to appeal the hearing officer's June 30, 2005 decision has been tolled and will not begin to run until after the record is completely closed and there is a final decision and order.

**ORDER** PAGE 1

EXHIBIT B
Page 1 of 2

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

DATED this /2 day of July, 2005, at Anchorage, Alaska.

By _____
Jonathon A. Katcher
Hearing Officer

Certificate of Service

I hereby certify that on the /2 day of July, 2005, I mailed/FAX'd the foregoing to:

Sharon Schumacher
Alaska Dept. of Ed.
& Early Development
810 W. 10th Street, Suite 200
Juneau, AK 99801-1894
FAX 465-2806

Sonja Kerr
Disability law Center
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
FAX 565-1000

Bradley D. Owens, Esq.
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
FAX 563-7322

_____
Jonathon A. Katcher

*Law Offices of*
**POPE & KATCHER**
*421 West First Avenue, Suite 220*
*Anchorage, Alaska 99501*
*Tel: (907) 272-8577*
*Fax: (907) 274-8040*

ORDER                                    PAGE 2

EXHIBIT B
Page 2 of 2