STATE OF ALASKA
DEPARTMENT OF EDUCATION AND EARLY DEVELOPMENT
SPECIAL EDUCATION DUE PROCESS HEARING
BEFORE JONATHON A. KATCHER, HEARING OFFICER

| | |
|---|---|
| IN THE SPECIAL EDUCATION MATTER CONCERNING E.H., ) ) ) VS. ) ) FAIRBANKS NORTHSTAR BOROUGH ) SCHOOL DISTRICT. ) ) |   DEED CASE NO. HR 05-09b |

### ORDER CONCLUDING HEARING

This due process hearing continued on January 10, 2006 in Fairbanks. During the hearing the parties advised they do not object to concluding the hearing. The parties advised they do not object to the hearing officer making the following findings and entering the following order:

1.  The hearing officer finds that the current IEP, i.e., the December 19, 2005 IEP, provides an individualized program that addresses E.H.'s unique needs and provides FAPE for E.H.

2.  The district is hereby ordered to continue to implement the current IEP using Dr. John McEachin and Autism Partnership to supervise the ABA program for E.H. under this IEP consistent with Dr. McEachin's December 29, 2005 report until the end of the IEP on December 19, 2006.

3.  Based upon Dr. McEachin's substantial expertise, experience and education, the hearing officer finds that he is qualified to supervise the ABA program for E.H. in Alaska. The hearing officer makes this finding knowing that Dr. McEachin does not have a license to practice in Alaska.

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

The hearing officer makes these findings and enters this order based upon the entire record in this matter.

The parties have reiterated and the hearing officer confirms that neither party is waiving its right to appeal any of the decisions the hearing officer has made in these proceedings.

## RIGHT TO APPEAL

Under AS 14.30.193(f) the parents and the district have the right to appeal directly to the state or federal courts. The parents and the district have until thirty days after the date of this order to exercise their rights to appeal.

DATED this __11__ day of January, 2006, at Anchorage, Alaska.

By _____
Jonathon A. Katcher
Hearing Officer

Certificate of Service

I hereby certify that on the __11__ day of January, 2005, I mailed/FAX'd the foregoing to:

Sharon Schumacher
Alaska Dept. of Ed.
& Early Development
810 W. 10th Street, Suite 200
Juneau, AK 99801-1894
FAX 465-2806

Sonja Kerr
Disability law Center
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
FAX 565-1000

Bradley D. Owens, Esq.
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
FAX 563-7322

_____
Jonathon A. Katcher

*Law Offices of*
**POPE & KATCHER**
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

ORDER

EXHIBIT __C__ PAGE 2
Page __2__ of __2__