UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, <br><br> Plaintiffs <br><br> vs. <br><br> Department of Health and Social Services Infant Learning Program, Erin Kinaey in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:06-cv-00033 (TMB) |

**INITIAL DISCLOSURES**

Pursuant to the Court's scheduling order, the following constitute the Plaintiff's Rule 26(a)(1) disclosures:

(A).  <u>Name and phone number of persons with information</u>:

The plaintiffs will rely upon the administrative record of the underlying matter.

(B).  <u>Documents and data:</u>

The plaintiffs will rely upon the administrative record of the underlying matter.

(C).  <u>Computation of Damages:</u>

Monetary damages are estimated to be approximately $30,000 for attorney fees and expert witness costs for the underlying due process hearing, $60,000 for the cost of services for plaintiff, and reasonable attorney fees in the pursuit of this action.

(D).  <u>Insurance:</u>

Plaintiffs do not have any insurance that would cover a claim of this nature.

Dated this 7th day of July, 2006.

                                                             s/Holly Johanknecht
                                                         Holly J. Johanknecht

EXHIBIT D
Page 1 of 2

Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj@dlcak.org
Alaska Bar No. 0511103

Certificate of Service
I hereby certify that on the 7th day
of July 2006, a true and correct
copy of this document was served by
email on:

Bradley D. Owens (bradowens@jdolaw.com)
3000 A Street, Suite 300
Anchorage, AK 99503

Stacie Kraly (Stacie_kraly@law.state.ak.us)
Office of the Attorney General
P.O Box 110300
Juneau, AK 99811

EXHIBIT D
Page 2 of 2