Bradley D. Owens, Esq. (bradowens@jdolaw.com)
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:  (907) 563-7322

Counsel for Defendant
Fairbanks North Star Borough School District

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H.,<br><br>        Plaintiffs,<br><br>vs.<br><br>Department of Health and Social Services Infant Learning Program, Erin Kinavey, in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00033 (TMB) |

**[proposed] ORDER GRANTING PROTECTIVE ORDER**

This matter came before the court on the motion of defendant Fairbanks North Star Borough School District for a protective order precluding the discovery sought by plaintiff in this matter.  Having reviewed the pleadings and considered the arguments of the parties the court finds that the discovery sought by plaintiff in this action is not proper or allowed under 20 USC §1415(i)(2)(C).  Under this provision, the parties may only offer any "additional evidence," - that

is, evidence to properly "supplement" the administrative record – while the discovery sought by plaintiff is not directed at such additional evidence to properly supplement the record in this administrative appeal. Accordingly,

IT IS HEREBY ORDERED that the Motion for Protective Order filed by defendant in this administrative appeal is GRANTED.

Dated:_____                    _____
                                          HON. TIMOTHY M. BURGESS
                                          U.S. District Judge

**Certificate of Service**

I hereby certify that on July 31, 2006, a copy of the foregoing proposed protective Order was served electronically on

Meg Allison (mallison@dlcak.org)
Sonja Kerr (skerr@dlcak.org)
Holly Johnaknecht (hollyj@dlcak.org)
Stacie L. Kraly (Stacie_Kraly@law.state.ak.us)


s/ Bradley D. Owens

6264.018 – 128127