Bradley D. Owens, Esq. (bradowens@jdolaw.com)
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant
Fairbanks North Star Borough School District

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H., <br><br> Plaintiffs, <br><br> vs. <br><br> Department of Health and Social Services Infant Learning Program, Erin Kinavey, in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06-cv-00033 (TMB) |

## CERTIFICATE OF GOOD FAITH

The undersigned counsel for defendant Fairbanks North Star Borough School District certifies that he has conferred or attempted to confer with opposing counsel in good faith to resolve the issue concerning the discovery requests in this action.  Despite these efforts, it is necessary to file this Motion for Protective Order because the parties dispute whether this discovery in this action is proper or allowed under 20 USC §1415(i)(2)(C).  Defendant asserts that the discovery requests are not directed at the discovery of any "additional evidence," - that is, evidence to properly "supplement" the administrative record - nor is it reasonably calculated

to lead to the discovery of such additional evidence to properly supplement the record in this administrative appeal.

JERMAIN, DUNNAGAN & OWENS, P.C.

_/s/ Bradley D. Owens_____

By:   Bradley D. Owens
      Jermain, Dunnagan & Owens, PC
      3000 A Street, Suite 300
      Anchorage, AK 99503
      907- 563-8844
      907-563-7322 (fax)
      bradowens@jdolaw.com
      Alaska Bar #7610122

**Certificate of Service**

I hereby certify that on July 31, 2006, a copy of the foregoing Certificate of Good Faith was served electronically on

Meg Allison (mallison@dlcak.org)
Sonja Kerr (skerr@dlcak.org)
Holly Johanknecht (hollyj@dlcak.org)
Stacie L. Kraly (Stacie_Kraly@law.state.ak.us)

s/ Bradley D. Owens

6264.018 - 128126

**Certificate of Good Faith**                                                              2
*E.H. et al. v. Dept. of Health & Soc. Services, et al.*
Case No. 3:06-cv-00033 (TMB)