Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>Department of Health and Social Services )<br>Infant Learning Program, Erin Kinavey in )<br>her official capacity as Program Manager, )<br>Part C Coordinator of the Infant Learning )<br>Program, and the Fairbanks North Star )<br>Borough School District, )<br>)<br>Defendant. )<br>) | Case No. 3:06-cv-00033 (TMB) |

COMES NOW, Plaintiff and Defendants, by and through counsel, and files an unopposed Motion for Extension of Time to File Response in the above-captioned matter.

Plaintiff's response to Defendant Fairbanks North Star Borough School District's Motion for Protective order is due August 8, 2006. Plaintiff requests an extension of the deadline, making plaintiff's response due September 1, 2006. Plaintiff's counsel has conferred with counsels for the Defendants Fairbanks North Star Borough School District and the State and the Defendants stipulate to an extension of the deadline to August 1, 2006.

THEREFORE, the parties respectfully request that the Court grant their Motion for an Extension of Deadlines.

Dated in Anchorage, Alaska, this 3rd day of August, 2006

        /s Holly J. Johanknecht
Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj@dlcak.org
Alaska Bar No. 0511103

Certificate of Service

I hereby certify that on the 3rd day of August, 2006, a copy of this document was served electronically on:

Stacie Kraly
Stacie_kraly@law.state.ak.us

Bradley Owens
bradowens@jdolaw

   /s Holly J. Johanknecht
Holly J. Johanknecht