Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, ) ) ) Plaintiffs ) ) vs. ) ) Department of Health and Social Services ) Infant Learning Program, Erin Kinavey in ) her official capacity as Program Manager, ) Part C Coordinator of the Infant Learning ) Program, and the Fairbanks North Star ) Borough School District, ) ) Defendant. ) ) | Case No. 3:06-cv-00033 (TMB) |

NOW THEREFORE IT IS ORDERED that Plaintiff's Motion for an Extension of Time to File Response to Defendant's Motion for Protective Order is granted. Plaintiff's deadline to respond to Defendant's Motion for Protective Order is due September 1, 2006.

Dated in Anchorage, Alaska, this _____ day of August, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge