Bradley D. Owens, Esq. (bradowens@jdolaw.com)
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

JUL 05 2006

Counsel for Defendant
Fairbanks Northstar Borough School District

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H., <br><br> Plaintiffs, <br><br> vs. <br><br> Department of Health and Social Services Infant Learning Program, Erin Kinavey, in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, <br><br> Defendants. | Case No. 3:06-cv-00033 (TMB) |

### FSD OBJECTION TO INITIAL DISCLOSURES

Comes now defendant, Fairbanks North Star Borough School District (hereinafter "FSD"), by and through its attorneys Jermain, Dunnagan & Owens, P.C., who declines to provide initial disclosures in this matter for the following reasons:

1.  This action is an appeal of the findings and decisions of the due process Hearing Officer pursuant to 20 U.S.C. §1415(i)(2). The court is required to receive the records of the

*E.H. v. Dept. of Health & Social Services, et al.*
Case No. 3:06-cv-00033 (TMB)
FSD Objection to initial Disclosures
Page 1 of 3

EXHIBIT H
Page 1 of 3

administrative proceedings and base its decision on the preponderance of the evidence provided within that record pursuant to 20 U.S.C. §1415(i)(2)(C).

2. After several due process hearings in 2005 and 2006, the Hearing Officer issued Decisions in June and July 2005, and January 2006, which determined that FSD had provided a free appropriate public education for E.H.

3. The scope of review of the claims in this action are prescribed by the provisions of 20 U.S.C. §1415(i)(2)(A) & (B) and the cases that have interpreted and applied these provisions in this Circuit, including the limitation of "additional evidence" that a party may submit in this matter.

4. It is the position of FSD that plaintiffs are not entitled to discover or offer new or additional evidence in this matter other than to properly supplement the record and therefore object to initial disclosures or any other discovery. *See Burks v. Bogalusa City Sch. Bd.*, 31 IDELR 1, 31 LRP 5720 (E.D. La. 1999); *Peter G. v. Chicago Public Sch. Dist. No. 299*, 37 IDELR 215, 102 LRP 22242 (N.D. Ill. 2002); and *Lillibask v. Sergei*, 193 F.Supp.2d 503 (D. Conn. 2002).

5. To the extent initial disclosures are required, FSD relies upon the witness lists and exhibits submitted by the parties in the due process hearings that are part of the record in this matter as its disclosures.

Dated in Anchorage Alaska this 6th day of July 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendant
Fairbanks Northstar Borough School District

s/ Bradley D. Owens
Bradley D. Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
Phone: (907) 563-8844
Fax: (907) 563-7322
E-mail: bradowens@jdolaw.com
Alaska Bar #7610122

*E.H. v. Dept. of Health & Social Services, et al.*
Case No. 3:06-cv-00033 (TMB)
FSD Objection to initial Disclosures
Page 2 of 3

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXHIBIT H
Page 2 of 3

Case 3:06-cv-00033-TMB    Document 33    Filed 09/01/2006    Page 3 of 3

### Certificate of Service

I hereby certify that on July 6, 2006, a copy of the foregoing Answer to Second Amended complaint was served electronically on

Sonja D. Kerr (skerr@dlcak.org) + hand delivered

Stacie L. Kraly (Stacie_Kraly@law.state.ak.us)

s/ Bradley D. Owens

6264.018 - 126762

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*E.H. v. Dept. of Health & Social Services, et al.*
Case No. 3:06-cv-00033 (TMB)
FSD Objection to initial Disclosures
Page 3 of 3

EXHIBIT H
Page 3 of 3