# Bradley Owens

| | |
|---|---|
| **From:** | Bradley Owens |
| **Sent:** | Wednesday, July 19, 2006 10:11 AM |
| **To:** | 'Holly Johanknecht' |
| **Subject:** | RE: Discovery requests in EH |

Holly,
I guess my starting point is that I believe all of the discovery is objectionable in this lawsuit, at least as it pertains to FSD. Since this is an administrative appeal and the grounds for offering "additional" evidence are quite limited, there is no legitimate basis that I am aware of to allow general Rule 26 discovery. Although there may be caselaw that says otherwise, I have not seen it--and we have previously cited our cases in the Initial Disclosures.
Beyond that, most of the discovery is directed at the State, not FSD. Unless DLC wants to limit the discovery to the State and withdraw all requests directed to FSD, I don't see any practical solution other than having the court decide. Incidentally, there is a motion for a protective order on this issue pending in another lawsuit before Judge Burgess in CW v. ASD--maybe we could agree to suspend discovery until the court rules on that motion--whatever the decision it will likely resolve most if not all of the discovery issues in this matter.
Brad

-----Original Message-----
From: Holly Johanknecht [mailto:hollyj@dlcak.org]
Sent: Wednesday, July 19, 2006 9:47 AM
To: Bradley Owens
Subject: RE: Discovery requests in EH

Brad,

Thanks for your email about discovery. While I appreciate your view that discovery is barred in this case, I think the case law reflects otherwise. I believe it would facilitate a purposeful discussion under Rule 37 if you would indicate what portions of the discovery are objectionable. If you would like an extension to do so, I would be wouldn't have a problem with that.

Thanks,
Holly

-----Original Message-----
From: Bradley Owens
To: Holly Johanknecht
Sent: 7/13/06 2:51 PM
Subject: FW: Discovery requests in EH

Holly,
Sorry, I misaddressed this earlier.
Brad

EXHIBIT I
Page 1 of 2

From: Bradley Owens
Sent: Thursday, July 13, 2006 2:39 PM
To: 'Holly Johanknecht'
Cc: 'Sonja Kerr'; 'Eve Lambert'
Subject: Discovery requests in EH

Holly,
I have received the discovery requests--for admissions, interrogatories and for production--in the pending fed court matter.  I am renewing my objection to discovery in general and this discovery in particular in this administrative appeal under the IDEA.  I know that this issue has been raised in another similar appeal involving the ASD rather than the FSD.  I don't expect that we will be able to resolve this matter without the assistance of the court, but I wanted to confer with you in good faith to see if there was any basis to resolve this without the court's involvement.  If you believe there is some way to resolve this without submitting the issue to the court in this case, please let me know within the next ten days.  If not, I will file a motion with the court requesting a protective order, as we did in the ASD case.  But I want to be sure to comply with the requirement of making a good faith effort to resolve this before filing the motion with the court.
Thanks
Brad Owens



EXHIBIT I
Page 2 of 2