**From:** Holly Johanknecht <hollyj@dlcak.org>
**To:** 'Stacie Kraly' <Stacie_Kraly@law.state.ak.us>, <bradowens@jdolaw.com>
**Date:** 8/1/2006 4:34:51 PM
**Subject:** E.H. Protective Order

I was wondering if you would agree to an extention of our time to respond to the Protective Order filed today in E.H. I am going out of town at the end of the week and will be gone for nearly 2 weeks.

I was thinking that our response could be due September 1st if you would agree to that.

Let me know and I will file for an extension.

Thanks,

Holly Johanknecht


**CC:** "Sonja D. Kerr" <skerr@dlcak.org>

Exhibit ___A___ Page __1__ of __2__

| | |
|---|---|
| From: | Stacie Kraly |
| To: | Bradley Owens; Holly Johanknecht |
| Date: | 8/1/2006 6:47:48 PM |
| Subject: | RE: E.H. Protective Order |

and by the ILP et al.

>>> Bradley Owens <bradowens@jdolaw.com> 08/01 5:52 PM >>>
Sure--you can file it indicating that the extension is unopposed by FSD.
Brad

---

From: Holly Johanknecht [mailto:hollyj@dlcak.org]
Sent: Tuesday, August 01, 2006 4:38 PM
To: 'Stacie Kraly'; Bradley Owens
Cc: Sonja D. Kerr
Subject: E.H. Protective Order

I was wondering if you would agree to an extention of our time to respond to the Protective Order filed today in E.H. I am going out of town at the end of the week and will be gone for nearly 2 weeks.

I was thinking that our response could be due September 1st if you would agree to that.

Let me know and I will file for an extension.

Thanks,

Holly Johanknecht

CC:    Judy; Sonja D. Kerr