DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.H. by and through,<br>His parents, H.H. and T.H.,<br>        Plaintiffs,<br><br>vs.<br><br>Department of Health and Social<br>Services' Infant Learning Program,<br>Erin Kinavey, in her official capacity<br>As Program Manager, Part C<br>Coordinator of the Infant Learning<br>Program, and Fairbanks North Star<br>Borough School District,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv 00033 (TMB)<br>) |

**INITIAL DISCLOSURES**

      The Department of Health and Social Services, Infant Learning Program and Erin Kinavey in her official capacity as Program Manage, Part C Coordinator of the Infant Learning Program (State), joins in Fairbanks North Star Borough School District's

Exhibit_____ Page ____of ___

objections and offers the following Rule 26 Initial Disclosures to the extent they are required:

A. NAME, ADDRESS AND TELEPHONE NUMBER OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

The State will rely upon the witness list that was submitted in the Administrative hearing, with the addition of Erin Kinavey, the current part C Manager. She can be reached through the undersigned's office.

B. A DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS THAT ARE IN THE POSSESSION, CUSTODY, OR CONTROL OF THE PARTY THAT THE DISCLOSING PARTY MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES

The state will rely upon the administrative record in the underlying matter.

C. A COMPUTATION OF ANY CATEGORY OF DAMAGES CLAIMED BY THE DISCLOSING PARTY

The State is not seeking damages in this action.

D. FOR INSPECTION OR COPYING ANY INSURANCE AGREEMENT

The State is self-insured; there is no insurance agreement.

Dated this 6th day of July 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
(907) 465-2539
stacie_kraly@law.state.ak.us
Alaska Bar No. 9406040

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2006, a copy of foregoing was served electronically on the following parties of record:

Holly Johanknecht (hollyj@dlcak.org)
Disability Law Center of Alaska, Inc.
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

Bradley D. Owens (bradowens@jdolaw.com)
3000 A Street, Suite 300
Anchorage, AK 99503

_____
           s/Stacie L. Kraly