Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

E.H, by and through  
his parents, H.H. and T.H.,

      Plaintiffs,

v.

Department of Health and Social Services'  
Infant Learning Program, Erin Kinavey,  
in her official capacity as Program Manager,  
Part C Coordinator of The Infant and Learning Program,  
and Fairbanks North Star Borough School District,  
      Defendants.

Case No. 3:06-cv-00033 (TMB)

### NOTICE OF CHANGE OF COUNSEL

Pursuant to Local Rule 11.1, Plaintiff hereby provides notice that Sonja D. Kerr, who is no longer associated with the Disability Law Center, will no longer be counsel in this matter. Megan K. Allison, with the Disability Law Center, will be substituted in Ms. Kerr's place and has previously entered appearances on behalf of all Plaintiffs. Therefore, Plaintiffs requests that the following be allowed to withdraw as counsel:

      Sonja D. Kerr  
      DISABILITY LAW CENTER OF ALASKA  
      3330 Arctic Blvd., Ste. 103  
      Anchorage, AK  99503  
      Telephone: (907) 565-1002  
      Fax: (907) 565-1000  
      skerr@dlcak.org

Plaintiffs assert that this substitution of Counsel will work no hardship or prejudice upon Defendants, as Ms. Allison is familiar with the case and its proceedings.

Dated: September 25, 2006   Respectfully submitted,

    /s Meg K. Allison
Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

Certificate of Service

I hereby certify that on the 25th day of September, 2006, a copy of this document was served electronically on:

Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

Sonja D. Kerr, Esq.
1114 Covington Ct.
Anchorage, AK 99503

/s Meg K. Allison
Meg Allison