# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*E.H. v. Dept. of Health and Social Services*

Case No. 3:06-cv-033 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**   **ORDER FROM CHAMBERS**

Defendants have moved for a Protective Order in this matter. Docket nos. 27 & 32. Specifically, Defendants seek an order from the Court which protects them from having to answer discovery requests propounded to them by Plaintiffs. *Id.* Plaintiffs' discovery requests have been served on Defendants in accordance with this Court's Scheduling and Planning Order issued at Docket 25.

Upon review of this matter, it is clear that the Order issued at Docket 25 was issued in error. This matter is an administrative appeal, and thus exempt from the requirements of Fed. R. Civ. P. 16(b). *See* LR 16.1(a).

Therefore, the Order at Docket 25 is VACATED. The Court will issue a new Scheduling and Planning Order as soon as possible. Accordingly, the Motion for Protective Order at Docket 27 is DENIED AS MOOT. If Plaintiffs wish to raise their arguments in favor of specific discovery in this administrative appeal, they may do so by motion after the issuance of a new Scheduling and Planning Order.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: September 27, 2006