Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

### UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, ) ) ) Plaintiffs ) ) vs. ) ) Department of Health and Social Services ) Infant Learning Program, Erin Kinavey in ) her official capacity as Program Manager, ) Part C Coordinator of the Infant Learning ) Program, and the Fairbanks North Star ) Borough School District, ) ) Defendant. ) ) | Case No. 3:06-cv-00033 (TMB) |

### MOTION TO PERMIT DISCOVERY

Comes now, Plaintiff, by and through her attorney, Disability Law Center of Alaska, and moves the Court for an order permitting discovery in this case. A memorandum of law supporting this motion is filed contemporaneously herewith.

Respectfully submitted this 31st day of October, 2006.

            /s Holly J. Johanknecht
            Holly J. Johanknecht  AK Bar No. 0511103
            DISABILITY LAW CENTER OF ALASKA
            3330 Arctic Blvd., Suite 103
            Anchorage, AK   99503
            Telephone: (907) 565-1002
            Fax: (907) 565-1000

>Attorney for Plaintiff
>Email: hollyj@dlcak.org

**Certificate of Service**

I hereby certify that on the 31st day of
October, 2006, a copy of this document
was served electronically on:
Brad Owens
Jermain, Dunnagan & Owens
bradowens@jdolaw.com

Stacie Kraly
Office of the Attorney General
stacie_kraly@law.state.ak.us

　/s Holly Johanknecht
Holly Johanknecht