## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, <br><br> Plaintiffs <br><br> vs. <br><br> Department of Health and Social Services Infant Learning Program, Erin Kinaey in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, <br><br> Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00033 (TMB) |

### PLAINTIFFS' [PROPOSED] FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

The plaintiff's, by counsel, pursuant to Rule 34, requests the defendants to produce the following within 30 (thirty) days from the date of service hereof. Plaintiffs further request defendants to supplement their responses as required by Rule 26(e). for the purpose of clarity and to avoid unnecessary repetition, the terms used throughout these requests for production are defined in plaintiffs' interrogatories to defendants served contemporaneously herewith.

**Request No. 1:**

Produce any and all notices of procedural safeguards ever issued for children aged three (3) and under from 2000 to present.

E.H. v. DHSS et al.  
Plaintiffs' [Proposed] First Request for Production  
Exhibit B

Pg. 1 of 2

**Request No. 2:**

Produce any and all documentation regarding funding sources for services for children aged birth to three years.

**Request No. 3:**

Any and all documentation related to whether the early intervention program has ever paid for an ABA program.

**Request No. 4:**

Any and all documentation related to all currently licensed ABA providers in Alaska, including curriculum vitae for each one.

**Request No. 5:**

Any and all documentation related to any state or agency agreement or contract between DHSS and DEED and/or any other agency regarding Part C services.

Dated: _____

Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj@dlcak.org
Alaska Bar No. 0511103