**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>Department of Health and Social Services Infant Learning Program, Erin Kinaey in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, )<br>)<br>Defendant. ) | Case No. 3:06-cv-00033 (TMB) |

**PLAINTIFFS' [PROPOSED] FIRST SET OF INTERROGATORIES TO DEFENDANT**

The plaintiffs, by counsel, pursuant to Rule 33, request the defendant, Fairbanks North Star Borough School District ("District"), to respond to the attached interrogatories within thirty (30) days of service hereof. Plaintiffs further request the defendants supplement their responses as required by Rule 26(e). The terms used throughout these interrogatories are defined as follows for the purpose of clarity and avoiding unnecessary repetition.

**DEFINITIONS**

A. The terms **"you"** and **"your"**: The person or entity(ies) to whom interrogatory or other request is addressed; its officers, directors, agents and employees, parent, subsidiary, division, affiliate, or any merged, consolidated, or acquired predecessor or successor; or any person acting on your behalf.

B. The term **"documents":** The term "document" or "documents" shall include, without limitation, originals, masters, duplications, summaries, and every copy of writings, including handwritings, and printed, or typed or other graphic or photographic matter including film or microfilm of any kind or nature, videotape, recordings (tape, disc or other) of oral communication and other data compilations from which information can be obtained, in the possession, custody or control of Defendants, or any present or former officers, employees or agents thereof, or known by Defendants to exist.

C. The term **"person"** shall mean any individual, partnership, firm, corporation, association, joint venture, governmental agency, or any other business or legal entity.

D. The term **"and/or"** means "and" and in the alternative "or" and shall be construed to require the broadest possible response to each interrogatory or request.

E. The terms **"identify", "identify", "identification", "describe" or "description:**

  (1) When used in reference to an individual, shall mean to state their full name, present or last known residence address, business or official affiliation, business address, and phone number

  (2) When used in reference to a corporation shall mean to state its full name, officers, directors, shareholders its state of incorporation, and its principal place of business.

  (3) When used in reference to a partnership, shall mean to state its full name, the identity (as defined) of each partner, and its principal place of business.

  (4) When used in reference to a person other than an individual, corporation or partnership, shall mean to state their official name, their organizational form, if any, and their address.

  (5) When used in reference to a communication, shall mean to state (a) whether such communication is oral or in writing; (b) if in writing, its date, author, addressee, custodian, title, present location and subject matter; (c) if oral, the date, persons participating, and the subject matter

thereof.  In lieu of identifying any written communication, copies thereof may be furnished to Plaintiffs.

F. The term **"communicate" or communications"**:  Every manner or means of disclosure, transfer, or exchange, and every disclosure, transfer or exchange of information whether orally or by document or whether face-to-face, by telephone, mail, e-mail, personal delivery, or otherwise.

G. The term **"oral communication"** shall mean any utterance heard by any person, whether in person, by telephone, computer mail, facsimile transmission, or otherwise.

H. The term **"thing"** means any physical object other than a document.

I. The term **"policies"** or **"procedures"** shall refer to any rule, directive, practice, or course of conduct, whether formal or informal, written or unwritten, recorded or unrecorded, which was in existence or is recognized by Defendants.

J. The term **"meeting"** shall refer to any assembly, convocation, or encounter, or contemporaneous presence of two or more persons, whether or not planned, arranged or scheduled in advance.

K. The term **"or"** shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories and requests any information which might be construed to be outside their scope.

L. The singular includes the plural and vice versa.  The masculine includes the feminine and neuter genders.  The past tense includes the present tense where the clear meaning is not distorted by change of tense.

M. The term **"Defendant"**, unless otherwise indicated, refers to the Department of health and Social Services Infant Learning Program, Erin Kinavey, in her official

E.H. v DHSS et al.
Plaintiffs' [Proposed] First Set of Interrogatories
Exhibit F

Page 3 of 5

capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District.

N. The term "**DEED**", unless otherwise indicated, refers to the Alaska Department of Education and Early Development and employees thereof.

O. The term "**IDEA**", unless otherwise indicated, refers to the Individuals with Disabilities Education Act of 1997, the regulations promulgated based on that act and found at 34 C.F.R. Part 300, and the Individuals with Disabilities Education Improvement Act of 2004. The term includes applicable case law.

P. The term "**Part C**", unless otherwise indicated, refers to the Individuals with Disabilities Education Act of 1997, The Program for Infants and Toddlers with Disabilities, the regulations promulgated based on that act and applicable case law.

Q. The term "**ABA**", unless otherwise indicated, refers to Applied Behavior Analysis.

R. The term "**DHSS**", unless otherwise indicated, refers to the Alaska Department of health and Social Services.

S. The term "**school year**", unless otherwise indicated, means the academic school year stated and the summer following same.

T. The term "**JDO**" mean Jermain, Dunnagan and Owens.

U. The term "**DLC**" means the Disability Law Center of Alaska.

## INTERROGATORIES

1. Please describe and list all currently licensed ABA providers in Alaska, and state what dates each provider was available to provide the services.

2. Please describe and list all ABA providers licensed in Alaska in 2003, 2004, and 2005.

3. Please state whether the early intervention program has ever paid for an ABA program and indicate which of those programs were delivered by ABA providers licensed in Alaska.

4. Is it typically the case that meetings to discuss a three-year-old transitioning from the Infant Family Service Plan under Part C of the IDEA to an Individual Education Plan under Part B of the IDEA are held without the parents being present?

5. Please state the number of children aged three and under served by Part C since 2003.

6. Please state the number of children with autism aged three and under served by Part C since 2003.

7. Please describe in detail all of the steps and procedures of the complaint process that can be used by parents under Part C.

8. Please describe in detail any state or agency agreement or contract between DHSS and DEED and/or any other Part C service provider.

9. Please describe in detail any programs for children with autism located in the state of Alaska that provide ABA services for children aged three and under and indicate which of those programs were delivered by ABA providers licensed in Alaska.

Dated: _____

Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj@dlcak.org
Alaska Bar No. 0511103