DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.H. by and through,<br>His parents, H.H. and T.H.,<br>   Plaintiffs,<br><br>vs.<br><br>Department of Health and Social<br>Services' Infant Learning Program,<br>Erin Kinavey, in her official capacity<br>As Program Manager, Part C<br>Coordinator of the Infant Learning<br>Program, and Fairbanks North Star<br>Borough School District,<br>   Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv 00033 (TMB) |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
MOTION FOR DISCOVERY**

   The undersigned hereby moves this court to grant this non-opposed motion to respond to the Motion for Discovery (Docket 44) on or before November 22, 2006. The undersigned is scheduled to be out of state the week of November 6 and has other travel commitments the week of November 13. I have discussed this matter with

Ms. Johanknecht, counsel for the plaintiffs, who indicated her non-opposition to this proposal.

Dated this 2nd day of November 2006, at Juneau, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

        By:    s/Stacie L. Kraly
        Assistant Attorney General
        Office of the Attorney General
        P.O. Box 110300
        Juneau, Alaska 99811
        (907) 465-3600
        (907) 465-2539
        stacie_kraly@law.state.ak.us
        Alaska Bar No. 9406040

**IT IS SO ORDERED this \_\_\_ date of _____, 2006:**

        _____
        Timothy Burgess
        Federal District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, a copy of foregoing was served by U.S. mail on the following parties of record:

Holly Johanknecht, Esq.
Disability Law Center of Alaska, Inc.
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

_____
s/Stacie L. Kraly