Bradley D. Owens, Esq. (bradowens@jdolaw.com)
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Counsel for Defendant
Fairbanks North Star Borough School District

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H.,<br><br>      Plaintiffs,<br><br>vs.<br><br>Department of Health and Social Services Infant Learning Program, Erin Kinavey, in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District,<br><br>      Defendants. | Case No. 3:06-cv-00033 (TMB) |

### [proposed] ORDER DENYING MOTION TO PERMIT DISCOVERY

This matter came before the court on the motion of plaintiff to permit plaintiff to submit the discovery sought by plaintiff in this matter. Having reviewed the pleadings and considered the arguments of the parties the court finds that the discovery sought by plaintiff in this action is not proper or allowed under 20 USC §1415(i)(2)(C). Under this provision, the parties may only offer "additional evidence" - that is, evidence to properly "supplement" the administrative record

– while the discovery sought by plaintiff is directed at discovery of new evidence which would not properly supplement the record in this administrative appeal. In addition, plaintiff has failed to make an adequately detailed proffer of the evidence he expects to find and its relevance to this judicial review proceeding, as well as failed to offer any solid justification for the discovery he proposes. Accordingly,

   IT IS HEREBY ORDERED that the Motion to Permit Discovery filed by plaintiff in this administrative appeal is DENIED and plaintiff may not submit the "proposed" discovery requests to defendants.

Dated:_____     _____
                                HON. TIMOTHY M. BURGESS
                                U.S. District Judge

**Certificate of Service**

I hereby certify that on November 14, 2006, a copy of the foregoing proposed protective Order was served electronically on

Holly Johnaknecht (hollyj@dlcak.org)
Stacie L. Kraly (Stacie_Kraly@law.state.ak.us)


s/ Bradley D. Owens

6264.018 – 135773

(Proposed) Order Denying Discovery                                      3
*E.H. et al. v. Dept. of Health & Soc. Services, et al.*
Case No. 3:06-cv-00033 (TMB)