**DAVID W. MÁRQUEZ**
**ATTORNEY GENERAL**

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.H. by and through ) <br> His parents, H.H. and T.H., ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Department of Health and Social ) <br> Services' Infant Learning Program, ) <br> Erin Kinavey, in her official capacity ) <br> As Program Manager, Part C ) <br> Coordinator of the Infant Learning ) <br> Program, and Fairbanks North Star ) <br> Borough School District, ) <br>     Defendants. ) <br> ) | Case No. 3:06-cv 00033 (TMB) |

**THE DEPARTMENT OF HEALTH AND SOCIAL SERVICES' INFANT LEARNING PROGRAM, ERIN KINAVEY, IN HER OFFICIAL CAPACITY AS PROGRAM MANAGER, PART C COORDINATOR OF THE INFANT LEARNING PROGRAM'S SECOND MOTION TO DISMISS**

  The defendant the Department of Health and Social Services, Infant Learning Program, Erin Kinavey, in her official capacity as Program Manager,

Part C Coordinator of the Infant Learning Program (ILP), moves this court to under Federal Rule of Civil Procedure 12(b) and (c) to dismiss EH's Second Amended Complaint and Appeal because it is time barred. Alternatively, if the court decides that EH's claim is not time barred, the complaint should be dismissed because EH failed to exhaust his administrative remedies. This motion is supported by the attached memorandum of law.

Dated this 22nd day of November 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:  s/Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
(907) 465-2539
stacie_kraly@law.state.ak.us
Alaska Bar No. 9406040

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, a copy of the foregoing was served by email on the following parties of record:

Holly Johanknect and Meg K. Allison, Esq.

Bradley Owens

Sonja Kerr

_____

s/Stacie L. Kraly