**DAVID W. MÁRQUEZ**
**ATTORNEY GENERAL**

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.H. by and through ) <br> His parents, H.H. and T.H., ) <br>            Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Department of Health and Social ) <br> Services' Infant Learning Program, ) <br> Erin Kinavey, in her official capacity ) <br> As Program Manager, Part C ) <br> Coordinator of the Infant Learning ) <br> Program, and Fairbanks North Star ) <br> Borough School District, ) <br>            Defendants. ) <br> ) | Case No. 3:06-cv 00033 (TMB) |

## ORDER GRANTING THE INFANT LEARNING PROGRAM'S
## SECOND MOTION TO DISMISS

The defendant the Department of Health and Social Services, Infant Learning Program, Erin Kinavey, in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program (ILP), having moved to

dismiss EH's Second Amended Complaint and Appeal, an opposition having been filed and the court being fully advised,

IT IS ORDERED THAT that the Second Amended Complaint and Appeal is time barred as to the ILP and EH has failed to exhaust his administrative remedies as required under Part C of the IDEA.

Dated: _____

_____
Timothy Burgess
Federal District Court Judge