## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, <br><br> Plaintiffs <br><br> vs. <br><br> Department of Health and Social Services Infant Learning Program, Erin Kinavey in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, <br><br> Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06-cv-00033 (TMB) |

### [proposed] ORDER

NOW THEREFORE IT IS ORDERED that Defendant's Second Motion to Dismiss is DENIED.

Dated in Anchorage, Alaska, this _____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge