UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H., <br><br> Plaintiffs <br><br> vs. <br><br> Department of Health and Social Services Infant Learning Program, Erin Kinavey in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-cv-00033 (TMB) <br> ) |

### AFFIDAVIT OF H.H.

Comes now, Hettie Hume and being first duly sworn, deposes and states:

1. I, Hettie Hume, am the parent of E.H.

2. As of this date, E.H. is six years of age.

3. E.H. received Part C services from the Summer of 2002 to January 2003.

4. When a determination was made that the related services offered by the Infant Learning Program in Fairbanks were not appropriate for E.H.

5. The Infant Learning Program coordinator stated private related service options may be available for speech and occupational therapy and that the Infant Learning Program could not offer further assistance nor was there anything I could do further to get appropriate services through their agency.

6. At no time during the period that E.H. received Part C services, was I informed of any procedural safeguards available.

7. At no time during the period that E.H. received Part C services did I receive any materials that explained the procedural safeguards available.

Further affiant sayeth not.

Dated this day, December 14, 2006.

*Hettie Hume* (signature)
Hettie Hume

[Notary seal: PATTI FREEMAN, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires: December 13, 2008]

*Patti* (signature) 12/15/06