# Individualized Family Service Plan (IFSP)

IFSP – Page 1 of 4

for the family of _Eric Hume_ born on _1/28/00_ residing with _Hettie & Todd Hume_

**Mother:**
Name: _Hettie Hume_
Address: _PO Box 83197_
_99108_
Phone: (H) _479-7315_ (W) _451-5346_

**Father / Parent / Guardian or Caregiver:**
Name: _Todd Hume_
Address:
Phone: (H) _____ (W) _460-8888_

Name:
Address:
Phone: (H) _____ (W) _____

## IFSP Timeline (Enter date of each event.) This IFSP begins _4/11/02_ and ends _10/11/02_

| Referral | Initial Evaluation/ Eligibility | Part C Interim IFSP | Initial or Annual IFSP | Review/Revision | Re-Evaluation/ Assessment | Annual Transition Plan Renewal |
|---|---|---|---|---|---|---|
| 8-14-01 | 3-15-02 |  | 4-11-02 |  |  |  |

## Plan Developers/Signatures

The following individuals have contributed to the development of this IFSP. Each individual understands and agrees to carry out the plan as it applies to their role in providing services. The parents have received and been informed of all procedural safeguards. All team members understand that the IFSP may be opened for revision at any time by request of any team member.

| Title/Role | Printed Name | Signature (if present) | Date | Date/Initial Changes |
|---|---|---|---|---|
| Parent/Guardian: | Hettie Hume | Hettie L. Hume | 4/11/02 | / / |
| Parent/Guardian: |  |  | / / | / / |
| Family Service Coordinator: | Sue Pluemer | Sue Pluemer | 4/11/02 | / / |
|  |  |  | / / | / / |
|  |  |  | / / | / / |
|  |  |  | / / | / / |

Anyone who disagrees with the IFSP, please explain what part of the IFSP you disagree with and sign below. Attach an additional page if needed.

_____
Signature _____ Date _____

State of Alaska, DHSS, DPH, Section of Maternal, Child, and Family Health; Early Intervention/Infant Learning Program
1231 Gambell Street Anchorage, AK 99501 For more information call (907) 269-3400

Top copy to program; second copy to parent; photocopies to all other IFSP team members

Revised 6/99

EXHIBIT 01
Page 2 of 55

ILP-C
Page 1 of 4

Exhibit ___A___ Page _1_ of _4_

## ummary of Services

| Service | Provider's Name | Service Setting/Location | How Often (visits/month) | Minutes/ visit | Start Date | End Date | Cost per unit of service | Payer |
|---|---|---|---|---|---|---|---|---|
| | Lu Huemer | HOME | 3-4/mo | 60 | 4-11-02 | 4-11-02 | | |
| 13 | Stephemen as needed | | | | | | | |

**Service Options:**

1. Assistive Technology
2. Audiological Services
3. Family Training/Support
4. Health Services
5. Hearing Services
6. Medical Diagnostic Services
7. Nursing Services
8. Nutrition Services
9. Occupational Therapy
10. Physical Therapy
11. Psychological Services
12. Respite
13. Service Coordination
14. Social Work Services
15. Speech/Language Therapy
16. Transportation
17. Special Instruction
18. Vision Services
19. Other (Specify)

Description of outcomes developed in partnership with _Eric Hume_ 's family.

| Date and Type of Outcome* | What We Want To Happen Outcomes / Goals | How We Will Do It Strategies / Methods / Materials | Who Will Do It Person(s) Responsible | Family's Evaluation Date / Rating |
|---|---|---|---|---|
| | We want Eric evaluated for Neuro Clinic. | Help Eric get his Neuro work together | | |
| | We want Eric evaluated for Neuro Clinic. | Eric will provide Mom with the screening questionnaire | Mom Eric | |
| | We want Eric evaluated by OT/PT/Speech Services. | Teach will evaluate Eric's screening | | |

*Type of Outcome: I. Health/Medical   II. Educational/Developmental   III. Individual/Family Supports

**Family's Evaluation of Progress Rating:**
1. No longer needed   2. Keep working on it   3. Achieved

EXHIBIT
Page 3 of 55

Information about ERIC HAME _____'s development and strengths at the age of 27 (adjusted age of ___)

Evaluation/assessment tools and methods used:
3-3 Visit PEDS-2 Clinical observations

Present level of development (strengths and areas to work on):

**Moving (gross motor):** Eric is able to walk, run, w/ no falling, moving walls, up + down stairs

**Using hands (fine motor):** Played fingers, pulls toys apart, builds puzzles pieces together, pulls a crayon all fingers, pincer grasp to pickup small objects

**Thinking/learning (cognitive):** able to problem solve, toys go someplace, dishes go somewhere

**Understanding/talking (communication):** Says "es" as in yes, hello, blue's clues, mama, dada, up to 30 words, able to follow directions, imitates sounds, lost things thru head

**Getting along with others (social/emotional):** Plays w/ younger cousin + sister, likes to watch other kids play, likes to make people laugh, expresses enjoyment doing things for him/herself (adaptive): able to put arms through shirt, up, undress self, finger food & use spoon, knows what change diaper

**Family concerns/priorities for child's growth and development:**
getting to improve his delay, skills over any long term issues, family

**Family resources/natural supports:** family

---

**Health and Medical Information** (List screening or evaluation dates, concerns and other pertinent information)

| Category | Information |
|---|---|
| Vision | |
| Hearing | will tested |
| Immunizations | up to date |
| Dental | not yet |
| Behavioral Health | |
| Medication(s) | antibiotics |
| Nutrition | eats well |
| Other | neurological exam clinic |

---

**Natural Environments**
Service Location
Primary: HOME
Others:

ILP-C
Page 3 of 4

Exhibit A  Page 3 of 4

EXHIBIT 2
Page 4 of 55

Revised 7/99

Top copy to program; second copy to parent; photocopies to all other IFSP team members

Description of outcomes developed in partnership with Eric Hume's family (continued).

IFSP – Page 4 of 4

| Date and Type of Outcome | What We Want To Happen Outcomes / Goals | How We Will Do It Strategies / Methods / Materials | Who Will Do It Person(s) Responsible | Date Evaluated |
|---|---|---|---|---|
| II | We want Eric to develop his overall development | Eric will participate in activities that are developmentally appropriate in his home. Teach will put in referral for ELF group | Sue to put in referral Debra/Sandra love group | 2 of 55 |

*Type of Outcome: I. Health/Medical  II. Educational/Developmental  III. Individual/Family Supports

**Family's Evaluation of Progress Rating:
1. No longer needed  2. Keep working on it  3. Achieved

Top copy to program; second copy to parent; photocopies to all other IFSP team members

EXHIBIT
Page 5

Revised 6/99

ILP-C
Page 4 of 4

Exhibit _A_ Page 4 of 4