TALIS J. COLBERT
ATTORNEY GENERAL

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.H. by and through,<br>His parents, H.H. and T.H.,<br>    Plaintiffs,<br><br>vs.<br><br>Department of Health and Social<br>Services' Infant Learning Program,<br>Erin Kinavey, in her official capacity<br>As Program Manager, Part C<br>Coordinator of the Infant Learning<br>Program, and Fairbanks North Star<br>Borough School District,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv 00033 (TMB)<br>) |

**AFFIDAVIT OF STACIE L. KRALY**

STATE OF ALASKA       )
                                 ) ss.
FIRST JUDICIAL DISTRICT  )

Stacie L. Kraly, being first duly sworn upon oath, deposes and says:

1. I am employed by the State of Alaska, Department of Law and am the attorney assigned to this matter. I have represented the Infant Learning Program (ILP) since October 2004, having entered a limited entry of appearance in the underlying administrative hearing,

2. After the hearing officer granted the ILP's Motion to Dismiss in November of 2004, neither the ILP nor my office received a request from EH or his counsel for an administrative hearing related to the ILP and Part B of the IDEA.

DATED: 21 December 2006

_____
Stacie L. Kraly

SUBSCRIBED AND SWORN to before me this 21st day of December, 2006.



Elena B. Corpuz
Notary Public, State of Alaska
My Commission Expires: With Office