Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, <br><br> Plaintiffs <br><br> vs. <br><br> Department of Health and Social Services Infant Learning Program, Erin Kinavey in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, <br><br>     Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06-cv-00033 (TMB) |

## JOINT STATUS REPORT

In accordance with the Court's order dated September 19, 2007, the remaining parties, plaintiffs and defendant Fairbanks North Star Borough School District, have consulted and have determined that outstanding procedural issues exist. It appears that this case exists now solely as an administrative agency appeal, and therefore should proceed under L.R. 16.3. In accordance with that rule, parties request the Court order the agency record be prepared and submitted to the Court no later than 60 days from. September 19, 2007, the date of the Court's order setting the case for trial.  *See* Docket No. 62.  Either the Independent Hearing Officer Jonathon Katcher or the Alaska Department of Education and Early Development maintain the agency record.

| | |
|---|---|
| Jonathon Katcher | Alaska Department of Education and Early Development |
| Pope & Katcher | c/o Sharon Schumacher |
| 421 1st Ave., Suite 220 | 801 W 10th St., Suite 200, |
| Anchorage, Alaska 99501 | Juneau, Alaska 99811-0500 |

In addition, the parties propose a briefing schedule in accordance with L.R. 16.3, wherein Plaintiff's initial brief shall be due 30 days after the filing of the agency record, Defendant's opposition filed not later than 30 days following the filing of Plaintiff's brief, and Plaintiff's reply due no later than 15 days following the filing of Defendant's opposition.

Dated in Anchorage, Alaska, this 20th day of September, 2007.

/s/ Holly J. Johanknecht
Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj@dlcak.org
Alaska Bar No. 0511103

/s/ Brad Owens (consent)
Brad Owens
Jermain, Dunnagan, and Owens