UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, <br><br> Plaintiffs <br><br> vs. <br><br> Department of Health and Social Services Infant Learning Program, Erin Kinavey in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:06-cv-00033 (TMB) |

ORDER

IT IS HEREBY ORDERED that the agency record be prepared and submitted to the Court no later than 60 days from September 19, 2007. In addition, Plaintiff's initial brief shall be due 30 days after the filing of the agency record, Defendant's Response filed not later than 30 days following the filing of Plaintiff's brief, and Plaintiff's Reply due no later than 15 days following the filing of Defendant's Response.

Dated in Anchorage, Alaska, this 25th day of September, 2007.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE