Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

### UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, <br><br> Plaintiffs <br><br> vs. <br><br> Department of Health and Social Services Infant Learning Program, Erin Kinavey in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, <br><br> Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06-cv-00033 (TMB) |

### NOTICE OF LODGING OF AGENCY RECORD

In accordance with this Court's order at Docket No. 64, the agency record has been prepared. Plaintiff hereby submits the agency record to the Court. The agency record will be delivered to the Court by courier on October 26, 2007.

Dated: October 25, 2007            Respectfully submitted,

/s/ Holly J. Johanknecht
Holly J. Johanknecht (AK Bar No. 0511103)
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503
907.565.1002; 907.565.1000 facsimile
mallison@dlcak.org; hollyj@dlcak.org

Attorney for Plaintiff

Certificate of Service
I hereby certify that on the 25th day of October 2007 a true and correct copy of this document was served electronically via ECF on:

Brad Owens
bradowens@jdolaw

/s/ Holly Johanknecht

Holly Johanknecht