Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, ) ) ) Plaintiffs, ) ) vs. ) ) Department of Health and Social Services ) Infant Learning Program, Erin Kinavey in ) her official capacity as Program Manager, ) Part C Coordinator of the Infant Learning ) Program, and the Fairbanks North Star ) Borough School District, ) ) Defendants. ) ) | Case No. 3:06-cv-00033 (TMB) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs, by and through counsel, hereby move the Court for an extension to file their Opening Brief.  Plaintiffs' brief is due November 25, 2007 and Plaintiffs request that the date of the brief be due December 26, 2007.  Plaintiffs have contacted counsel for the defendants and they are unopposed to the extension of time.

Dated: November 9, 2007.                    Respectfully submitted,

/s/ Meg K. Allison
Meg K. Allison, (#0511091)
DISABILITY LAW CENTER
3330 Arctic Blvd., Ste. 103

Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

Certificate of Service

I hereby certify that on the 9th day of November 2007, a true and correct copy of this document was served electronically via ECF on:

Stacie L. Kraly
stacie_kraly@law.state.ak.us

Bradley D. Owens
bradowens@jdolaw.com

/s/ Meg K. Allison
Meg K. Allison