Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| E.H., by and through his parents, H.H. and T.H, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Department of Health and Social Services Infant Learning Program, Erin Kinavey in her official capacity as Program Manager, Part C Coordinator of the Infant Learning Program, and the Fairbanks North Star Borough School District, )<br>)<br>Defendants. )<br>) | Case No. 3:06-cv-00033 (TMB) |

**[PROPOSED] ORDER**

Plaintiffs' Motion for Extension of Time is GRANTED.  Plaintiffs' Opening Brief is due no later than December 26, 2007.

_____
District Court Judge