Meg K. Allison (Alaska Bar No. 0511091)
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: (907) 565-1002
Facsimile: (907) 565-1000
Email: mallison@dlcak.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| E.H, by and through<br>his parents, H.H. and T.H.,<br><br>       Plaintiffs,<br><br>v.<br><br>Department of Health and Social Services'<br>Infant Learning Program, Erin Kinavey,<br>in her official capacity as Program Manager,<br>Part C Coordinator of The Infant and Learning<br>Program, and Fairbanks North Star Borough<br>School District,<br><br>       Defendants. | Case No. 3:06-cv-00033 (TMB) |

## STIPULATION FOR DISMISSAL

COMES NOW, the parties in the above-captioned matter and hereby stipulate to dismissal of this action with prejudice and each party will bear its own attorney's fees and costs.

Dated: December 5, 2007    Respectfully submitted,

                                /s/ Meg K. Allison

        Meg K. Allison (AK Bar No. 0511091)
        Disability Law Center of Alaska
        3330 Arctic Boulevard, Suite 103
        Anchorage, Alaska 99503
        Telephone: (907) 565-1002
        Facsimile: (907) 565-1000
        Email: mallison@dlcak.org

        Attorney for Plaintiffs


        /s/ Bradley D. Owens  (consent)
        Bradley D. Owens
        3000 A Street, Suite 300
        Anchorage, Alaska 99503
        Phone: (907) 563-8844
        Fax: (907) 563-7322
        E-mail: bradowens@jdolaw.com
        Alaska Bar #7610122

        Attorney for Defendant