## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| E.H, by and through<br>his parents, H.H. and T.H.,<br><br>        Plaintiffs,<br><br>v.<br><br>Department of Health and Social Services'<br>Infant Learning Program, Erin Kinavey,<br>in her official capacity as Program Manager,<br>Part C Coordinator of The Infant and Learning<br>Program, and Fairbanks North Star Borough<br>School District,<br><br>        Defendants. | Case No. 3:06-cv-00033 (TMB) |

## [PROPOSED] ORDER

The Stipulation for Dismissal is GRANTED with prejudice. Each party will bear its own attorney's fees and costs.

Dated this ___ day of December 2007.

                                                                                     _____
                                                                                     District Court Judge