UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

E.H, by and through
his parents, H.H. and T.H.,
Plaintiffs,

v.

Department of Health and Social Services'
Infant Learning Program, Erin Kinavey,
in her official capacity as Program Manager,
Part C Coordinator of The Infant and Learning
Program, and Fairbanks North Star Borough
School District,
Defendants.

Case No. 3:06-cv-00033

**ORDER**

The Stipulation for Dismissal is GRANTED with prejudice. Each party will bear its own attorney's fees and costs.

Dated this 10th day of December 2007.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE