# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  E.H., et al.  </u>  v.  <u>DEPARTMENT OF HEALTH AND SOCIAL SERVICES<br>INFANT LEARNING PROGRAM, et al.</u>

IDA ROMACK, CLERK OF COURT

DEPUTY Clerk                                      CASE NO.  <u>3:06-CV-0033-TMB</u>

<u> Denali Elmore </u>

<u>PROCEEDINGS: **CLERK'S NOTICE**                   DATE: August 1, 2008</u>

<u>RETURN OF ADMINISTRATIVE RECORD</u>

The following Administrative Record, lodged on <u>October 25, 2007</u> in the above referenced case, is hereby returned to the attorney of record for <u>the plaintiff</u>.

[ADMINRET.clk.frm]{ADMINRET.WPD*Rev.12/96}